# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CAMI ORTEGA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CFAM FINANCIAL SERVICES, LLC AND OKLAHOMA REPOSSESSORS, LLC,**<br><br>**Defendants.** | Case No. 5:20-cv-00251-C |

## ORDER GRANTING JOINT MOTION
## TO EXTEND DISCOVERY AND RELATED DEADLINES

The Court, having considered the Parties' motion to extend discovery and related deadlines and finding good cause exists, hereby GRANTS the motion.

The deadlines set by the Court's June 2, 2020 order, Doc. 18, are reset as follows:

Plaintiff to file a final list of witnesses together with addresses and brief summary of expected testimony where a witness has not already been deposed by April 19, 2021.

Defendant to file a final list of witnesses (as described above) 14 days thereafter.

Plaintiff to file a final exhibit list by April 19, 2021. Defendant to file objections to Plaintiffs exhibit list, under Fed. R. Civ. P. 26(a)(3)(8) by May 17, 2021.

Defendant to file a final exhibit list by April 16, 2021. Plaintiff to file objections to Defendant's final exhibit list, under Fed,. R. Civ. R. 26(a)(3)(8) by May 24, 2021.

Discovery to be completed by May 3, 2021.

All dispositive and Daubert motions to be filed by May 3, 2021.

1

Trial docket <u>July 13, 2021</u>.

Designations of deposition testimony to be used at trial to be filed by <u>June 28, 2021</u>. Objections and counter designations to be filed 7 days thereafter.

Motions in limine to be filed <u>June 22, 2021</u>. Responses due 7 days thereafter.

Requested voir dire to be filed 5 days prior to pretrial report.

Trial briefs (optional unless otherwise ordered) to be filed 5 days prior to pretrial report.

Requested jury instructions to be filed on or before 5 days prior to pretrial report.

The Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court by <u>July 6, 2021</u>.

**IT IS SO ORDERED THIS** <u>18</u>th day of February 2021.

ROBIN J. CAUTHRON
United States District Judge